# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148239 (28)

In re MERRIWEATHER
_____

WILLIE MERRIWEATHER,

      Plaintiff-Appellant,

v                            SC: 148239
                                COA: 316661

WAYNE CIRCUIT COURT JUDGE,

      Defendant-Appellee.
_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of December 12, 2013, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2014

jam

                                      Clerk